UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOCK KNOCK CITY, CO.,

        Plaintiff,

-against-

CITYSTASHER LTD., d/b/a Stasher, JACOB WEDDERBURN-DAY, and ROE COMPANIES 1-50,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2020

20 Civ. 438 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 21, 2020, the Court directed the parties to submit a joint letter and proposed case management plan by March 25, 2020. ECF No. 10. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties file a joint letter and proposed case management plan by **March 30, 2020**.

The initial pretrial conference will be held telephonically. The parties are directed to call: 888-398-2342 or 215-861-0674, access code: 5598827, on **April 1, 2020**, at **2:30 p.m.**

SO ORDERED.

Dated: March 27, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge